585 A.2d 375
STATE OF NEW JERSEY v. WILLIAM CUERO.

September 18, 1990.

Petition for certification denied.

585 A.2d 375
STATE OF NEW JERSEY v. WALTER BUT.

September 18, 1990.

Petition for certification denied.

585 A.2d 376
STATE OF NEW JERSEY v. STEVEN BUSH.

September 18, 1990.

Petition for certification denied.

585 A.2d 376
STATE OF NEW JERSEY v. FREDERICK STUBBS.

September 18, 1990.

Petition for certification denied.

585 A.2d 376
STATE OF NEW JERSEY v. RUDOLFO CONTRERAS.

September 18, 1990.

Petition for certification denied.